United States District Court
Middle District of Florida
Jacksonville Division

**MICHAEL EDWARD POWERS,**

    *Plaintiff,*

v.                                                                              **NO. 3:19-cv-586-J-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

---

# Order

Before the Court is the Commissioner of Social Security's unopposed motion to reverse the decision below and remand the case for the Commissioner to take certain action. Doc. 21. The Court:

1. **grants** the motion, Doc. 21;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to offer Michael Edward Powers a supplemental hearing, update the record as needed, reconsider his VA disability rating, issue a new decision, and take any other necessary actions; and

4. **directs** the clerk to enter judgment in favor of Michael Edward Powers and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on January 2, 2020.

                                                     PATRICIA D. BARKSDALE
                                                     *United States Magistrate Judge*

c:       Counsel of Record